UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO CESAR SANCHEZ MARTINEZ,<br><br>Plaintiff,<br><br>v.<br><br>FREITAS, et al.,<br><br>Defendants. | Case No. 23-cv-02508-HSG<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE AMENDED COMPLAINT**<br><br>Re: Dkt. No. 7 |

Good cause being shown, the Court GRANTS Plaintiff's request for an extension of time to file an amended complaint in accordance with the Court's September 27, 2023 Order (Dkt. No. 4). Dkt. No. 7. Plaintiff shall file an amended complaint by November 27, 2023. Failure to file an amended complaint by November 27, 2023 will result in Dkt. No. 1 remaining the operative complaint and this action proceeding solely on the Fourteenth Amendment due process claim found cognizable in the Court's September 27, 2023 Order.

This order terminates Dkt. No. 7.

**IT IS SO ORDERED.**

Dated: 10/23/2023

HAYWOOD S. GILLIAM, JR.
United States District Judge