1

2

3

4                          UNITED STATES DISTRICT COURT

5                         NORTHERN DISTRICT OF CALIFORNIA

6

7    JULIO CESAR SANCHEZ MARTINEZ,            Case No. 23-cv-02508-HSG

8                          Plaintiff,         **ORDER DENYING REQUEST TO
                                              STAY ACTION AND FOR**
9            v.                               **DISCOVERY; GRANTING
                                              EXTENSION OF TIME TO FILE**
10   FREITAS, et al.,                         **ANSWER**

11                         Defendants.        Re: Dkt. No. 12

12

13          Plaintiff, an inmate at Santa Cruz County Jail, has filed a *pro se* action pursuant to 42

14   U.S.C. § 1983.  Defendants have recently filed a motion to dismiss, Dkt. No. 11, and also filed a

15   separate motion requesting that the Court stay this action, vacate the current deadline to file an

16   answer, and, if necessary, issue a new discovery and scheduling order after ruling on Defendants'

17   motion to dismiss, Dkt. No. 12.  The current deadline for Defendants to file an answer is

18   November 22, 2023.  Dkt. No. 10.  Defendants argue that the motion to dismiss may result in

19   termination of the case without the need for an answer, and therefore request that Court stay the

20   instant action, stay discovery, and vacate the pending deadlines.  Dkt. No. 12.

21          The Court GRANTS IN PART AND DENIES IN PART Dkt. No. 12.

22          The Court GRANTS the request to stay the deadline for filing an answer.  If the Court

23   denies the motion to dismiss, the Court will set a deadline for the answer at that time.

24          The Court DENIES the request to stay the case, and DENIES the request to stay discovery,

25   because it is not clear whether the motion to dismiss will resolve the case in its entirety.  Finally,

26   the Court DENIES as moot the request to vacate the scheduling order or pending deadlines

27   because there are currently no pending deadlines.  The order of service ordered Defendants to file

28   a dispositive motion within 91 days, and the motion to dismiss satisfies this requirement.

United States District Court
Northern District of California

This order terminates Dkt. No. 12.

**IT IS SO ORDERED.**

Dated:   11/27/2023

HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California