UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO CESAR SANCHEZ MARTINEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>FREITAS, et al.,<br><br>    Defendants. | Case No. 23-cv-02508-HSG<br><br>**JUDGMENT** |

The Court has dismissed this action with prejudice. Judgment is entered in favor of Defendants and against Plaintiff. The Clerk shall terminate all pending motions as moot and close the case.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 9/26/2024

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge